IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christos Pergakis,          ) | No. CV-05-3523-PHX-DGC (MEA) |
|                              ) | |
| Plaintiff,          ) | **ORDER** |
|                              ) | |
| v.          ) | |
|                              ) | |
| Joseph M. Arpaio,          ) | |
|                              ) | |
| Defendant.          ) | |
|                              ) | |

Pending before the Court are Plaintiff Christos Pergakis' civil rights complaint and United States Magistrate Judge Mark E. Aspey's Report and Recommendation ("R&R"). Docs. ##1, 6. The R&R recommends that the Court dismiss the complaint without prejudice for failure to comply with Rule 3.4, Local Rules of Civil Procedure for the United States District Court for the District of Arizona and Rule 41(b), Federal Rules of Civil Procedure. Doc. #6 at 2. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 2-3 (citing [28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)]).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo

determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and dismiss the complaint without prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Mark E. Aspey's R&R (Doc. #6) is **accepted**.

2. Plaintiff Christos Pergakis' civil rights complaint is **dismissed without prejudice**.

3. The Clerk of Court shall **terminate** this action.

DATED this 11th day of May, 2006.

*David G. Campbell*
David G. Campbell
United States District Judge